# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hughes, Jeffrey R. | U.S. Banktruptcy Ct, WD Mich | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

One Division NW
Grand Rapids, Mi 49503

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director, | Hope Network |
| 2. Trustee | Inter Vivos Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Jeffrey R. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Institute for Continuing Legal Education | 04/01 | Plymouth, Michigan | Seminar Speaker | Travel |
| 2. | American Bankruptcy Institute | 6/9 to 6/12 | Acme, Michigan | Seminar Speaker | Travel, food and lodging |
| 3. | Bankruptcy Section, Federal Bar Association for the Western District of Michigan | 7/28 to 7/30 | Boyne Falls, Michigan | Seminar Speaker | Travel, food and lodging |
| 4. | Adminstrative Office | 11/6 to 11/9 | Washington, DC | BJAG meeting | Travel, food and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Jeffrey R. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Line of Credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Jeffrey R. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch CMA Account | | | | | | | | | |
| 2. - CMA Tax Exempt Fund (see Section VIII) | A | Int./Div. | J | T | | | | | |
| 3. - Mich St Hosp Fin Authority Bond | A | Interest | J | T | | | | | |
| 4. - Harper Creek Mi SD Bond | A | Interest | | | Redeemed | 05/02/11 | J | A | |
| 5. - Johnson & Johnson Common Stock | A | Int./Div. | J | T | | | | | |
| 6. - Eaton Vance Wwide Health Sci Func Class C | A | Distribution | | | Sold (part) | 08/08/11 | J | A | |
| 7. | | | | | Sold | 08/15/11 | J | A | |
| 8. - Ing Index Plus Smallcap Fund Class C | B | Distribution | K | T | Sold (part) | 08/08/11 | J | B | |
| 9. - Wells Fargo Small Cap Fd Class C | B | Distribution | | | Sold | 08/15/11 | J | C | |
| 10. - Alliance Bernstein Municipal Inc Fd Class C | A | Distribution | K | T | | | | | |
| 11. - Lord Abbett Affiliated Fd Class C | A | Distribution | K | T | Sold (part) | 08/08/11 | J | B | |
| 12. - Eaton Vance Floating Rate Fd Class C | A | Distribution | J | T | Buy | 08/15/11 | J | | |
| 13. - Wells Fargo Inflation Prot Bd FD Cl C | A | Distribution | J | T | Buy | 08/15/11 | J | | |
| 14. - ML Bank Deposit (held for Person A) (See Section VII) | A | Interest | J | T | | | | | |
| 15. - Franklin Floating Rate Daily /Acc Fd Cl C | A | Distribution | J | T | Buy | 05/23/11 | J | | |
| 16. | | | | | Sold (part) | 09/14/11 | J | A | |
| 17. -RS Floating Rate Fd Cl C | A | Distribution | J | T | Buy | 05/23/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Jeffrey R. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 09/14/11 | J | A | |
| 19. | | | | | Sold (part) | 12/19/11 | J | A | |
| 20. Merrill Lynch IRA | E | Int./Div. | O | T | | | | | |
| 21. - ML Bank USA RASP | | | | | | | | | |
| 22. - NM Ford Motor Credit Co Note Ser COBR 6.85% 5/20/14 | | | | | Redeemed | 05/20/11 | J | A | |
| 23. - Blackrock Global Sm Cap Value (f/k/a ML Global Sm Cap) | | | | | | | | | |
| 24. - Blackrock Lg Cap Growth (f/k/a ML Lg Cap Growth) | | | | | Sold | 08/08/11 | L | A | |
| 25. - Oppenheimer Developing Markets Fund Class C | | | | | | | | | |
| 26. - Oppenheimer Value Fund Class C | | | | | | | | | |
| 27. - Oppenheimer Sm & Mid Cap Fund | | | | | Sold | 08/08/11 | K | A | |
| 28. - Wells Fargo Sm Cap Value Fund Class C | | | | | Sold (part) | 08/08/11 | J | C | |
| 29. | | | | | Sold | 08/15/11 | K | D | |
| 30. - Pioneer Global High Yield Fund Class C | | | | | | | | | |
| 31. - Touchstone Mid Cap Growth Fund Class C | | | | | Sold (part) | 08/08/11 | J | A | |
| 32. - Thornburg Income Builder Fund Class C | | | | | | | | | |
| 33. - American High Income Trust Fund Class C | | | | | | | | | |
| 34. - Pimco Real Return Bond Fund Class C | | | | | Buy (add'l) | 08/16/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Jeffrey R. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Eaton Vance Tax-Managed Multi-Cap Growth Fd Cl C | | | | | Sold | 08/08/11 | J | A | |
| 36. - Principal Investors Pref Sec Class C | | | | | | | | | |
| 37. - Templeton Global Bond Fd Class C | | | | | | | | | |
| 38. - Pioneer Strategic Income Fd Class C | | | | | | | | | |
| 39. - Loomis Sayles Strategic Income Fd Class A | | | | | | | | | |
| 40. - Prudential Jennison Mid Cap Growth Fd Inc Cl C | | | | | | | | | |
| 41. - Mainstay Large Cap Growth Fd Class C | | | | | Sold | 08/15/11 | K | C | |
| 42. - Franklin Floating Rate Daily Access Fd Cl C | | | | | Buy | 08/11/11 | L | | |
| 43. - Wells Fargo Inflation Protected BD Fd Cl C | | | | | Buy | 08/15/11 | K | | |
| 44. - Mainstay Floating Rate Fd Cl C | | | | | Buy | 08/15/11 | K | | |
| 45. Northwestern Mutual Whole Life Ins Policies (Cash Surrender) | None | L | V | | | | | | |
| 46. Inter Vivos Marital Trust (See Part VIII) | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Jeffrey R. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I. I. 2.    The inter vivos trust is not funded.

Section VII, l. 2.    The "CMA Tax-Exempt Fund" is not a purchased fund.  Rather, it is the CMA's current account for maintaining cash.

Section VII, l.14   The ML Bank Deposit Fund was understated in the 2011 report.  Its year end value shoud have been identified as "K" instead of "J".

Section VII, l. 39.  Value of Northwestern Mutual Whole Life Insurance Policies is based upon their reported cash surrender values.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey R. Hughes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544